IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CAMILA BERGESON,<br><br>                    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | **ORDER TO RESPOND TO MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE**<br><br>Case No. 1:19-cv-00102-JNP<br><br>Judge Jill N. Parrish |

Pursuant to Rule 5(a) of the Rules Governing Section 2255 Proceedings, the court ORDERS the Government to respond to petitioner Camila Bergeson's motion by November 13, 2019. If the petitioner wishes to file a reply brief, she may do so by December 6, 2019.

**DATED** October 2, 2019.

                                  BY THE COURT:

                                  _____
                                  JILL N. PARRISH
                                  United States District Judge